UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
**Case Number: 18-62395-CIV-MORENO**

ALEXANDER PODZEMELNYY,

    Plaintiff,

vs.

PROLOG CORP., VOLODYMYR HENDRIK, and NATALIYA HENDRIK,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT AGAINST PROLOG CORP**

THE MATTER was referred to the Honorable Jared M. Strauss, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Final Default Judgment Against Prolog Corp, filed on **March 31, 2020**. (D.E. 12, 53). The Magistrate Judge filed a Report and Recommendation **(D.E. 58)** on **April 20, 2020**. To date, neither party has filed objections to the Report and Recommendation, and the time do so has passed. The Court has reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jared M. Strauss's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Final Default Judgment Against Prolog Corp (D.E. 57) is **GRANTED IN PART AND DENIED IN PART**, as provided in Judge Strauss' well-reasoned report. The Court shall enter default final judgment in favor of Plaintiff against Defendant Prolog Corporation by separate order and in accordance with Judge's Strauss' Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th of October 2020.

*Federico A. Moreno*
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:
United States Magistrate Judge Jared M. Strauss
Counsel of Record